UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No. 8:05-cr-389-T-23TBM

JAMES DORSEY
_____/

## **ORDER**

Defendant James Dorsey filed a motion to suppress evidence (Doc. 34) to which the United States responded (Doc. 44).  Upon referral (Doc. 36), United States Magistrate Judge Thoms B. McCoun conducted a hearing on the matter and issued a report recommending denial of the motion (Doc. 82).  James Dorsey filed objections to Judge McCoun's report and recommendation (Doc. 92).

Having independently considered the filings, the defendant's objections are **OVERRULED**, the report and recommendation is **ADOPTED**, and the defendant's motion to suppress is **DENIED**.

ORDERED in Tampa, Florida, on February 3, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE