UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:05-cr-389-T-23TBM

JAMES DORSEY
SANDRA AVERY
_____/

**ORDER**

Defendant James Dorsey filed a motion to suppress evidence and for a <u>Franks</u> hearing (Doc. 61), as supplemented (Doc. 65), and a second motion to suppress and for a <u>Franks</u> hearing (Doc. 83), as supplemented (Doc. 126). Defendant Sandra Avery joins in the motions. The United States opposes the motions (Docs. 66, 96). Upon referral (Doc. 109), United States Magistrate Judge Thoms B. McCoun conducted a hearing on the matter and issued a report recommending denial of the motions (Doc. 140). No party filed objections to Judge McCoun's report and recommendation.

Having independently considered the filings, the report and recommendation is **ADOPTED**, and the defendants' motions to suppress (Docs. 61, 65, 83, 126) are **DENIED**.

ORDERED in Tampa, Florida, on April 18, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE